IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHIE R. ROTH,** *D.C.***; CAROL CARSON,**             **PLAINTIFFS**
*D.C.***; TYRHEE BURNETT,** *D.C.***; KOLTUR**
**EASTON,** *D.C.***; KARMEN FAUCETTE,** *D.C.***;**
**JOSE DE LA ROSA,** *D.C.***; TONY BARGER,**
*D.C.***; MARY MEEKER-PREGON,** *D.C.***;**
**RALPH BURTON,** *D.C.***; CANDICE**
**HOLT-MOORE,** *D.C.***; NATHAN RICHARDS,**
*D.C.***; TODD TALLEY,** *D.C.***; ALAN OSOWSKI,**
**and ARKANSAS HEALTH MANAGEMENT, INC.**

v.             Case No. 4:25-cv-00733-LPR

**ELIZABETH JONES,** *in her official capacity*
*as the Director of the Arkansas State Board of*
*Chiropractic Examiners*; **GREGORY UNGERANK,**
*D.C.*; **JOSEPH LONG,** *D.C.*; **HAROLD GUNTER,**
**SARAH HAYS,** *D.C.*; **JACK MCCOY, MICHAEL**
**COURTNEY,** *D.C.*; **TANYA HOLT,** *D.C.*; *in their*
*official capacities as members of the Arkansas State*
*Board of Chiropractic Examiners*; **and TIM GRIFFIN,**
*in his official capacity as the Attorney General of Arkansas*      **DEFENDANTS**

## PRELIMINARY INJUNCTION

      For the reasons set forth in the Order filed on the docket today, the Court has concluded that (1) Plaintiffs have shown that they are more likely than not to prevail on their First Amendment challenge to the first paragraph of Ark. Code Ann. section 17-81-107(i) except as that paragraph applies to solicitations of persons injured in a recent motor-vehicle accident; (2) Plaintiffs have failed to show that they are more likely than not to prevail on their First Amendment and Fourteenth Amendment challenges to the first paragraph of Ark. Code Ann. section 17-81-107(i) as that paragraph applies to solicitations of persons injured in a recent motor-vehicle accident; (3) Plaintiffs have failed to show they are more likely than not to prevail on their facial challenge; and (4) Plaintiffs have met their *Dataphase* burden only on point (1) above.

Accordingly, effective today, and lasting until a final judgment is entered in this case, **the named Defendants,**[1] **their officers, their agents, their servants, their employees, their attorneys, and all individuals in active concert or participation with the foregoing persons are enjoined from enforcing against the named Plaintiffs**[2] **the first paragraph of Ark. Code Ann. section 17-81-107(i) except as that paragraph applies to solicitations of individuals injured in a recent motor-vehicle accident.**[3]

IT IS SO ORDERED this 20th day of August 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Elizabeth Jones, Gregory Ungerank, Joseph Long, Harold Gunter, Sarah Hays, Jack McCoy, Michael Courtney, Tanya Holt, and Tim Griffin, in their official capacities only.

[2] Richie R. Roth, Carol Carson, TyRhee Burnett, Koltur Easton, Karmen Faucette, Jose De La Rosa, Tony Barger, Mary Meeker-Pregon, Ralph Burton, Candice Holt-Moore, Nathan Richards, Todd Talley, Alan Osowski, and Arkansas Health Management, Inc.

[3] No security is necessary in the circumstances of this case.